ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **DALE G. MAYS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil. Action No. 00-0( 1411 MJD/JGL** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **INTERNAL REVENUE SERVICE,** | ) | ***ORAL ARGUMENT NOT REQUESTED*** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER GRANTING UNITED STATES'**
**MOTION FOR ENLARGEMENT OF TIME**

Upon consideration of the United States' Motion for Enlargement of Time ("Motion to Enlarge"), good cause appearing, it is hereby

**ORDERED** that the Motion to Enlarge should be, and hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that the United States shall have through and including November 10, 2000, to respond to the complaint.

**SO ORDERED** this 18 day of August, 2000.

**JONATHAN G. LEBEDOFF**
**United States Magistrate Judge**

FILED AUG 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD __________
DEPUTY CLERK __________