UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| DALE G. MAYS and SYLVIA M. WILHELMI, Plaintiffs, | ) | Civil. Action No. 00-001411 MJD/JGL |
| v. | ) | |
| INTERNAL REVENUE SERVICE, Defendant. | ) | |

**ORDER EXTENDING DEADLINES**

Upon consideration of the Parties' Stipulation to Extend Discovery, Dispositive Motion and Trial Deadlines, the Court orders as follows:

1. All discovery must be completed by August 14, 2001.
2. Dispositive motions must be filed prior to October 2, 2001.
3. This case will be considered "ready for trial" as of October 1, 2001.

**SO ORDERED**

Dated: May 30, 2001.

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED MAY 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK