UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| DALE G. MAYS and SYLVIA M. WILHELMI, | ) | |
| Plaintiffs, | ) | Civ. Action No. 00-001411 (MJD/JGL) |
| | ) | TELEPHONIC HEARING REQUESTED TRANSCRIPTION REQUESTED |
| v. | ) | |
| INTERNAL REVENUE SERVICE | ) | |
| Defendant. | ) | |

**ORDER GRANTING UNITED STATES' MOTION TO COMPEL**

Before the Court is United States' Motion to Compel.

The United States sent requests for admission and production as well as interrogatories to Mr. Mays on December 27, 2000. Additional discovery requests were sent on January 5 and 12, 2001 and March 9, 2001.

Responses, after multiple extension including an order extending discovery deadlines, were due July 30, 2001. Plaintiff has not responded or objected to the discovery request and has not produced the requested documents.[1]

**NOW, THEREFORE**, on consideration of the record before the Court, it is

**HEREBY ORDERED** that the United States' Motion to Compel is **GRANTED**, and it is

**FURTHER ORDERED** that plaintiff Dale G. Mays shall answer the discovery requests submitted on December 27, 2000, January 5 and 12, 2001 and March 9, 2001 in accordance with

[1] Mr. Mays provided two documents to the United States on or about March 12, 2001: a one-page document, the Hennepin County 1994 Property Tax Statement, and a one-page document consisting of two mortgage interest statements for 1994, one from Mellon Mortgage Company and one from 1st Equity Line.

FILED AUG 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

thirty (30) JGL

Federal Rule of Civil Procedure 33, 34, and 36 within ~~ten~~ days after the date of entry of this Order, and it is

**FURTHER ORDERED** that plaintiff Dale G. Mays shall deliver to counsel for the United States true and correct photocopies of all documents and other writings requested in the document requests, such delivery to be made within ten days after entry of this Order, and it is

**FURTHER ORDERED** that, at the defendant's suggestion, in lieu of an award of costs and fees in favor of the movant (Fed. R. Civ. P. 37(a)(4)), the photocopying and shipment of the documents and writings to be delivered to defendant's counsel shall be at the plaintiff's cost.

**IT IS FURTHER ORDERED** that the United States shall have an additional 45 days after receipt of <u>all</u> requested discovery responses to propound supplemental discovery requests to the plaintiffs as necessary, and that the United States shall have an additional 30 days thereafter to file

dispositive motions.

**SO ORDERED** this 14 day of Aug., 2001, in Minneapolis, Minnesota.

**JONATHAN G. LEBEDOFF**
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted,

ROBERT M. SMALL
United States Attorney

KATJA M. EICHINGER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station, Washington, D.C. 20044
Telephone: (202) 307-0170
Facsimile: (202) 514-6770
DC Bar # 464925