UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dale G. Mays, et al.,

Plaintiffs,

v. Civil No. 00-1411 (MJD/JGL)

Internal Revenue Service,

Defendant.

Dale G. Mays, et al.,

Plaintiffs,

v. Civil No. 01-1196 (DSD/SRN)

Internal Revenue Service,

Defendant.

## ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF RELATED CASE

Case number 00-1411 having been assigned to Judge Michael J. Davis and case number 01-1196 having later been assigned to Judge Davis S. Doty and said matters being related cases,

IT IS HEREBY ORDERED that case number 01-1196 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: Aug. 29, 2001

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: 8/29/01

JUDGE DAVID S. DOTY
United States District Court

27

8-31-01
JUDGMENT ENTD
DEPUTY CLERK

Date: August 31, 2001 jr

---

R E C O R D   O F   D O C K E T   T E X T

---

0:00-cv-01411 Mays v. IRS

---

DOCKET ENTRY

---

ORDER of direction for reassignment of related case (Judge Michael J. Davis / 8/29/01) (Judge David S. Doty / 8/29/01). Related case 01-1196 previously assigned to Judge David S. Doty now reassigned to Judge Michael J. Davis per the master list and referred to Magistrate Judge Jonathan G. Lebedoff. Case number will remain the same except for Judge's and Magistrate Judge's initials (01-1186 MJD/JGL). 1pg(s) (cc: all counsel)

Hon. Michael J Davis, Judge

THIS NOTICE SENT TO ALL COUNSEL