**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **DALE G. MAYS and SYLVIA M. WILHELMI,** | ) | |
| **Plaintiffs,** | ) | **Civil. Action No. 00-001411 MJD/JGL** |
| **v.** | ) | |
| **INTERNAL REVENUE SERVICE,** | ) | |
| **Defendant.** | ) | |

**ORDER EXTENDING DEADLINES**

Upon consideration of the Parties' Stipulation to Extend Discovery, Dispositive Motion and Trial Deadlines, the Court orders as follows:

1. All discovery must be completed by August 14, 2001.

2. Dispositive motions must be filed prior to October 2, 2001.

3. This case will be considered "ready for trial" as of October 2, 2001.

**SO ORDERED**

Dated: Sept 11, 2001.

JONATHAN LEBEDOFF
United States Magistrate Judge



SEP 11 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **DALE G. MAYS and SYLVIA M. WILHELMI,** | ) | |
| **Plaintiffs,** | ) | **Civil. Action No. 00-001411 MJD/JGL** |
| **v.** | ) | |
| **INTERNAL REVENUE SERVICE,** | ) | |
| **Defendant.** | ) | |

**PARTIES' STIPULATION TO EXTEND DISCOVERY, DISPOSITIVE MOTION AND TRIAL DEADLINES**

The parties, the plaintiffs, Dale G. Mays and Sylvia M. Wilhelmi and the defendant, the United States, hereby stipulate to extend discovery, dispositive motion and trial deadlines.

1. The United States has propounded discovery to the plaintiff Dale G. Mays on the following dates:

   a. December 27, 2000 - United States' First Requests for Production, United States' First Set of Interrogatories, United States' First Request for Admissions.

   b. January 5, 2001 - United States' Second Requests for Production, United States' Second Set of Interrogatories, United States' Second Request for Admissions.

   c. January 12, 2001 - United States' Third Request for Admissions.

   d. March 9, 2001 - United States Third Set of Interrogatories.

2. According to the December 15, 2000 Pretrial Order discovery must be completed by June 15, 2001; dispositive motions must be filed prior to August 1, 2001; this case will be considered "ready for trial" as of August 1, 2001.

3. Dale G. Mays and Katja M. Eichinger, trial attorney for the United States, had a "meet-and-confer" conference at 8:30 a.m., central time, on May 22, 2001, regarding plaintiff's failure to respond to the United States' discovery requests.

4. Plaintiff needs more time to respond to the United States' discovery requests.

5. The parties stipulate to the extension of deadlines as follows:

   a. Discovery must be completed by August 14, 2001.

   b. Dispositive motions must be filed prior to October 2, 2001

   c. This case will be considered "ready for trial" as of October 2, 2001.

The plaintiffs and the United States respectfully request that the Court extend the deadlines as stipulated and enter an order in accordance with this stipulation.

Respectfully submitted,

ROBERT SMALL
United States Attorney

KATJA M. EICHINGER
Tax Division, U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0170
Fax: (202) 514-6770
D.C. Bar No. 464925

DALE G. MAYS
5810 150th Street S.E.
Prior Lake, MN 55372-1919
*Pro Se*

SYLVIA M. WILHELMI
5810 150th Street S.E.
Prior Lake, MN 55372-1919
*Pro Se*