UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **DALE G. MAYS and SYLVIA M. WILHELMI,** | ) | |
| **Plaintiffs,** | ) | **Civ. Action No. 00-001411 (MJD/JGL)** |
| **v.** | ) | |
| **INTERNAL REVENUE SERVICE** | ) | |
| **Defendant.** | ) | ORIGINAL |

**ORDER COMPELLING PLAINTIFFS' DISCOVERY RESPONSES**

Before the Court is the United States' Motion to Dismiss For Failure to Comply With Court's Order Compelling Discovery ("Motion to Dismiss").

The United States sent requests for admission and production as well as interrogatories to the plaintiffs on December 27, 2000, January 5 and 12, 2001, March 9, 2001, and July 27, 2001. The United States filed a motion to compel discovery responses on August 1, 2001, which the Court granted after a hearing on August 14, 2001.

Responses, after several extensions, were due on September 13, 2001. Plaintiffs did not respond or object to the discovery requests and did not produce the requested documents. On November 16, 2001, the Court held a hearing on the Motion to Dismiss. Upon the Court's order and after the hearing, the plaintiff, Dale Mays, produced some, but not all, documents responsive to the United States discovery requests.

**NOW, THEREFORE**, on consideration of the record before the Court and upon agreement of the parties, it is

FILED NOV 2 ...
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**HEREBY ORDERED** that the United States Motion to Dismiss is **DENIED**, and it is

**FURTHER ORDERED** that the plaintiffs have until November 30, 2001, to respond to the discovery requests submitted on December 27, 2000, January 5 and 12, 2001, March 9, 2001, and July 27, 2001 in full and in accordance with Federal Rules of Civil Procedure 33, 34, and 36, and it is

**FURTHER ORDERED** that plaintiffs shall deliver to counsel for the United States true and correct photocopies of all documents and other writings requested in the document requests by November 30, 2001;

**FURTHER ORDERED** that plaintiffs failure to respond to the United States discovery requests in full and deliver all responsive documents by November 30, 2001, will result in the following: all requests for admissions not replied to will be deemed admitted, all unanswered interrogatories will be interpreted in favor of the United States, therefore resulting in a lower than requested refund or no refund; the Court will disallow any item on the plaintiffs' 1994 income tax returns for which substantiating documents were not produced, therefore resulting in a lower than requested or no refund; and the Court will disallow the introduction into evidence of any documents or other evidence not

produced hearing or trial before this Court.

**SO ORDERED** this 28th day of Nov., 2001, in Minneapolis, Minnesota.

**MICHAEL J. DAVIS**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

KATJA M. EICHINGER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station, Washington, D.C. 20044
Telephone: (202) 307-0170
Facsimile: (202) 514-6770
DC Bar # 464925